**Appeal Dismissed and Memorandum Opinion filed September 3, 2020.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-20-00404-CV

---

### DWD ENTREPENEURS, LLC, Appellant

### V.

### TEXAS CONCRETE READY MIX, INC., Appellee

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2019-75965**

---

### MEMORANDUM OPINION

This is a restricted appeal from a final judgment signed March 2, 2020. Appellant's brief was due July 20, 2020. No brief or motion to extend time to file the brief was filed.

On July 30, 2020, the court ordered appellant to file a brief by August 19, 2020. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion to extend time to file the brief has been filed.

Therefore, the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Bourliot.